IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERNON ROBINSON,

    Petitioner,

v.                                      CASE NO.  4:14-cv-74-MW/CAS

MICHAEL CREWS, Secretary,
Department of Corrections,

    Respondent.

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

    This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed February 21, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5, filed March 10, 2013 Upon consideration

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over objection, as the Court's opinion.  This cause is transferred to the Middle District of Florida,

Jacksonville Division, for all further proceedings. The Clerk shall take all necessary steps to effect the transfer and close the file.

    **SO ORDERED on March 13, 2014.**

                                                 <u>**s/Mark E. Walker**</u>
                                                 **United States District Judge**